Before STOUT, J., without a jury.

Submitted June 18, 1974. *Bruce Sagel* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *David Richman, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Womack, Appellant.

Before McGLYNN, JR., J., without a jury.

Argued June 18, 1974. *Eugene John Lewis,* with him *Raymond Granoff,* for appellant; *Steven H. Goldblatt,* Assistant District Attorney, with him *David Richman* and *Mark Sendrow,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Wylie, Appellant.

Before BLOOM, J.

722

Argued June 18, 1974.
R. Barclay Surrick, Assistant Public Defender, for appellant; John G. Siegle, Assistant District Attorney, with him Ralph B. D'Iorio and Anna I. Vadino, Assistant District Attorneys, and Stephen J. McEwen, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth, Appellant, v. Wylie.

Before WILLIAMS, JR., J.

Submitted June 18, 1974. David Richman, John H. Isom, and Steven H. Goldblatt, Assistant District Attorneys, Abraham J. Gafni, Deputy District Attorney, Richard A. Sprague, First Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellant; A. Benjamin Johnson, Jr., for appellee.

Order affirmed.

## Commonwealth v. Zimmerman, Appellant.

Before WILLIAMS, P. J.

Submitted June 10, 1974. James A. Pruyne, and Duvall, Reuter & Pruyne, for appellant; C. Wayne Smyth, Assistant District Attorney, and Maurice L. Epstein, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.